**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Archer-Daniels-Midland Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Greg Daws, | ) | |
| | ) | Case No.  4:09-cv-070 |
| Defendant. | ) | |

Before the court is the Plaintiff's motion for attorney Todd P.  Langel to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), Mr.  Langel has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiff's motion (Docket No.  3) is **GRANTED**.  Attorney Todd P.  Langel is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge