**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Archer Daniels Midland Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Greg Daws, | ) | |
| | ) | Case No. 4:09-cv-070 |
| Defendant. | ) | |

This trial in this case was originally scheduled for March 22, 2011. However, on September 1, 2010, the parties filed a joint motion for continuance wherein they requested a ninety day extension of trial and all related deadlines, including the deadlines for completing discovery and filing dispositive motions. On September 2, 2010, Judge Hovland entered an order granting the motion and rescheduling the final pretrial conference and trial for May 31 and June 14, 2011 respectively. He further ordered that all pretrial deadlines be reset accordingly.

The undersigned therefore **AMENDS** the scheduling/discovery order as follows:

3. The parties shall have until October 1, 2010 to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiff will disclose its expert witnesses and their reports by October 1, 2010.

    Defendant will disclose his expert witnesses and their reports by November 1, 2010. (Reports to be served on other parties, but not filed with the court.)

5. The parties shall have until December 3, 2010 to complete discovery depositions of expert witnesses.

10. The parties shall have until December 3, 2010, to file other dispositive motions

1

(summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2010.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge